**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| In re: | * | |
| CHAWKY BOUTROS JABALY | * | Case No: 10-12956-SSM |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SOUTHERN MANAGEMENT CORPORATION RETIREMENT TRUST | * | |
| | * | |
| Plaintiff / Appellee | | |
| | * | |
| v. | | Civil Action No. l:ll-cv-l362 |
| | * | |
| CHAWKY BOUTROS JABALY | | |
| | * | |
| Defendant / Appellant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS APPEAL OF STIPULATED CONSENT JUDGMENT
ENTERING FINAL NON-DISCHARGEABLE JUDGMENT
PURSUANT TO 11 U.S.C. § 523(a)(2)(A) and (B)**

Plaintiff and Appellee Southern Management Corporation Retirement Trust ("SMCRT") by counsel, Paul Sweeney and Logan, Yumkas, Vidmar & Sweeney, LLC, pursuant to Fed. R. Civ. P. 7, hereby files this Motion to Dismiss Appeal. The grounds for this motion are more particularly set forth in the accompany Memorandum of points and authorities in support of SMCRT's Motion to Dismiss Appeal filed by Chawky Boutros Jabaly (hereinafter "Jabaly" or "Debtor")

WHEREFORE, SMCRT respectfully requests that the Court enter an Order: (i) dismissing Debtor's appeal; (ii) enforcing the Consent Judgment; (iii) entering sanctions against

Debtor and Debtor's attorney pursuant to 28 U.S.C. § 1927; (iv) awarding attorneys' fees to SMCRT in an amount that the Court deems appropriate; and (v) granting such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        */s/ Paul Sweeney*
        Paul Sweeney, 33994
        Logan, Yumkas, Vidmar & Sweeney, LLC
        2530 Riva Road, Suite 400
        Annapolis, Maryland  21401
        Telephone:  (443) 569-5972
        Facsimile:  (410) 571-2798
        psweeney@loganyumkas.com

        *Counsel for Southern Management Corporation Retirement Trust*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 30th day of December, 2011, a copy of Southern Management Corporation Retirement Trust's Motion to Dismiss Appeal of Stipulated Consent Judgment Entering Final Non-Dischargeable Judgment Pursuant to 11 U.S.C. § 523(a)(2)(A) and (B) was served by the Court's CM/ECF system as well as by electronic mail to:

        George LeRoy Moran, Esquire
        *Email:  glmoran@moranmonfort.com*
        *Attorney for Defendant*

        Joseph Peter Drennan, Esquire
        *Email:  joseph@josephpeterdrennan.com*
        *Attorney for Defendant*

        */s/ Paul Sweeney*
        Paul Sweeney