IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SOUTHERN MANAGEMENT CORPORATION RETIREMENT TRUST, </br></br> Plaintiff/Appellee, </br></br> v. </br></br> CHAWKY BOUTROS JABALY, </br></br> Defendant/Appellant. | ) ) ) ) ) ) ) ) ) ) ) ) </br></br> District Court Case No.: 1:11-cv-1362 </br> Appeal from United States Bankruptcy </br> Court, Eastern District of Virginia </br> Case No. 10-12956 |

## ORDER

This Court's Order dated March 1, 2012 (Dkt. No. 26) is hereby VACATED.

This matter comes before the Court on Defendant Chawky Boutros Jabaly's[1] Motion for Extension of Time to File Appellant's Brief (Dkt. No. 22). This case was dismissed by Court Order more than thirty days ago. *See* Dkt. No. 21. Prior to that, Defendant had already submitted its Appellant brief. *See* Dkt. No. 13. In fact, the Court previously granted an extension of time for the filing of *that* brief. *See* Dkt. No. 12.

Despite Defendant's representations to the contrary, no further briefing before this Court is required. The Court has considered and dismissed Defendant's appeal. It is now on appeal before the Fourth Circuit. *See* Dkt. No. 24. Accordingly, for the foregoing reasons and good cause shown, Defendant's Motion for Extension is hereby DENIED as moot.

The Clerk is also directed to send a copy of this order to Mr. Jabaly.

March 2, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

---

[1] While Defendant Jabaly was previously represented by counsel, he signed this motion personally and appears to be proceeding *pro se*.